UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2007 MAY 25 AM 10: 53

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:06CV0354 |
| Plaintiff, | : | Judge Walter Herbert Rice |
| vs. | : | |
| 146 Upper Hillside Drive<br>Bellbrook, Ohio | : | |
| | : | |
| Defendant. | | |

### ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the Government to conduct the related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the ability of the Government to conduct a related criminal investigation and prosecution.

Consequently, IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case shall be stayed until further order of the Court.

_____
Walter Herbert Rice
United States District Judge